UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARBARA LEVENBERG,

        Plaintiff,                      05 **CIVIL** 6012 (RPP)

     -against-                            **JUDGMENT**

AMERICAN REAL ESTATE PARTNERS, L.P.,
AMERICAN REAL ESTATE HOLDINGS, L.P.,
JOHN SALDARELLI & HENRY J. GERARD,
                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/09

     The issues in the above-entitled action having been brought on for trial before the Honorable Robert P. Patterson, United States District Judge, and a jury on January 20, 2009, and at the conclusion of the trial on January 26, 2009, the jury having returned a verdict in favor of the defendants, it is,

     **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

**DATED:** New York, New York
             January 28, 2009

**SO ORDERED**

_____
     **USDJ**

**J. MICHAEL McMAHON**
_____
     **Clerk of Court**
**BY:**
_____
     **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Barbara Levenberg, Plaintiff

- against -

American Real Estate Partners, L.P.,
American Real Estate Holdings, L.P.,
Employer, John Saldarelli & Henry J. Herard

(List full case caption-if necessary use other side)

**EXTRACT OF THE MINUTES**

05 CV 6012 (RPP)

TYPE OF TRIAL:
JURY ✓   BENCH ___

**APPEARANCES:**
(if necessary use other side-include firm name and telephone #)

PLAINTIFF:
Edward H. Wolf, Esq.
Wolf & Wolf, LLP
910 Grand Concourse, Ste 1F
Bronx, N.Y. 10451
T (718) 410-0653
F (718) 588-8035

DEFENDANT(S):
David W. Garland, Esq.
Sills Cummis & Gross, P.C.
One Rockefeller Plaza
N.Y., N.Y. 10020
T (973) 643-6390
F (973) 643-6500

1/20/09 Jury panel summoned & sworn. Selection begins & concludes. Trial continues. 1/21/09 Trial continues. 1/22/09 Trial continues. 1/23/09 Trial continues. Trial continues on 1/26/09 and concludes with verdict in favor of the defendants (see attached verdict sheet)

DEPUTY CLERK - R. Montero
COURT REPORTER - K. Sellin, P. Speer, K. Cassanite

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA LEVENBERG,<br><br>                      Plaintiff,<br><br>-against-<br><br>AMERICAN REAL ESTATE PARTNERS, L.P.,<br>AMERICAN REAL ESTATE HOLDINGS, L.P.,<br>["Company"] JOHN SALDARELLI & HENRY<br>J. GERARD,<br><br>                      Defendants. | ECF Case<br><br>Civil Action No. 05-CV-6012 (RPP)<br><br>**SPECIAL INTERROGATORIES** |

As to the parties named above, the jury unanimously finds the issues as follows:

1. With respect to Plaintiff's claims of discrimination <u>based on AGE</u>, has the Plaintiff proven by a preponderance of the evidence that she suffered an adverse action, motivated in part by her age, by a Defendant who:

    a. intentionally discriminated against her in salary determinations?

     i. The Company

        **YES** _____   **NO** __X__

     ii. John Saldarelli

        **YES** _____   **NO** __X__

     iii. Henry Gerard

        **YES** _____   **NO** __X__

    b. intentionally discriminated against her as to material terms and conditions of her employment?

     i. The Company

        **YES** _____   **NO** __X__

     ii. John Saldarelli

1

        **YES**\_\_\_\_        **NO** ✗

    iii.  Henry Gerard

        **YES**\_\_\_\_        **NO** ✗

c.  intentionally discriminated against her in terminating her?

    i.  The Company

        **YES**\_\_\_\_        **NO** ✗

    ii.  John Saldarelli

        **YES**\_\_\_\_        **NO** ✗

    iii.  Henry Gerard

        **YES**\_\_\_\_        **NO** ✗

*If your answer to all parts of Question 1 is "No," please go onto Question 3. If your answer to any part of Question 1 is "Yes," go on to Question 2.*

2.  Do you find that Plaintiff has proven by the preponderance of the evidence that she suffered damages as a result of discrimination <u>motivated in part by her age</u>?

        **YES**\_\_\_\_        **NO**\_\_\_\_

a.  If your answer is YES, what amount of money is fair and reasonable to compensate Plaintiff for Defendants' discrimination <u>motivated in part by her age</u>?

    i.  The Company

        Lost wages        $_____

    ii.  John Saldarelli

        Lost wages        $_____

    iii.  Henry Gerard

        Lost wages        $_____

3. With respect to Plaintiff's claims for discrimination <u>based on GENDER</u>, has the Plaintiff proven by a preponderance of the evidence that she suffered an adverse action, motivated in part by her gender, by a Defendant who:

    a. intentionally discriminated against her in salary determinations?

        i. The Company

           **YES** \_\_\_\_      **NO** _X_

        ii. John Saldarelli

           **YES** \_\_\_\_      **NO** _X_

        iii. Henry Gerard

           **YES** \_\_\_\_      **NO** _X_

    b. intentionally discriminated against her as to material terms and conditions of her employment?

        i. The Company

           **YES** \_\_\_\_      **NO** _X_

        ii. John Saldarelli

           **YES** \_\_\_\_      **NO** _X_

        iii. Henry Gerard

           **YES** \_\_\_\_      **NO** _X_

    c. intentionally discriminated against her in terminating her?

        i. The Company

           **YES** \_\_\_\_      **NO** _X_

        ii. John Saldarelli

           **YES** \_\_\_\_      **NO** _X_

        iii. Henry Gerard

           **YES** \_\_\_\_      **NO** _X_

*If your answer to all parts of Question 3 is "No," please go onto Question 5. If your answer to any part of Question 3 is "Yes," go on to Question 4.*

4. Do you find that Plaintiff has proven by the preponderance of the evidence that she suffered damages as a result of discrimination <u>motivated in part by her gender</u>?

    **YES**\_\_\_\_    **NO**\_\_\_\_

    a. If your answer is YES, what amount of money is fair and reasonable to compensate Plaintiff for Defendants' discrimination <u>motivated in part by her gender</u>?

        i. The Company

            Lost wages                              $_____

            Other compensatory damages              $_____

                                         **TOTAL**    _____

        ii. John Saldarelli

            Lost wages                              _____

            Other compensatory damages              _____

                                         **TOTAL**    _____

        iii. Henry Gerard

            Lost wages                              _____

            Other compensatory damages              _____

                                         **TOTAL**    _____

5. With respect to Plaintiff's claims <u>based on RETALIATION</u>, has the Plaintiff proven that because she engaged in a protected activity, a Defendant intentionally retaliated against her:

    a. concerning salary determinations?

        i. The Company

            **YES**\_\_\_\_    **NO** X

4

    ii. John Saldarelli

     YES_____   NO __X__

    iii. Henry Gerard

     YES_____   NO __X__

  b. concerning material terms and conditions of employment?

    i. The Company

     YES_____   NO __X__

    ii. John Saldarelli

     YES_____   NO __X__

    iii. Henry Gerard

     YES_____   NO __X__

  c. concerning her termination?

    i. The Company

     YES_____   NO __X__

    ii. John Saldarelli

     YES_____   NO __X__

    iii. Henry Gerard

     YES_____   NO __X__

*If your answer to all parts of Question 5 is "No," please sign and date this form and tell the marshal you have reached a verdict. If your answer to any part of Question 5 is "Yes," go on to Question 6.*

6. Do you find that Plaintiff has proven by the preponderance of the evidence that she suffered damages as a result of <u>RETALIATION</u>?

    YES_____   NO _____

    a. If your answer is YES, what amount of money is fair and reasonable to compensate Plaintiff for Defendants' <u>RETALIATION</u>?

        i. The Company

           Lost wages     _____

           Other compensatory damages     _____

                    **TOTAL**     _____

        ii. John Saldarelli

           Lost wages     _____

           Other compensatory damages     _____

                    **TOTAL**     _____

        iii. Henry Gerard

           Lost wages     _____

           Other compensatory damages     _____

                    **TOTAL**     _____

**Please sign and date this form and tell the marshal you have reached a verdict.**

*[signature]*
_____
**FOREPERSON**
**Date:**